# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-05-00775-CV

**Allan R. McCormack, Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT NO. 322270126, HONORABLE DARLENE BYRNE, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Allan R. McCormack filed his notice of appeal on November 23, 2005, and the appellate record was filed on December 23, 2005. On April 11, 2006, the Clerk of this Court sent notice to McCormack that his brief was overdue and that his appeal would be dismissed for want of prosecution if he did not respond to this Court by April 21, 2006. To date, appellant has not responded to this Court's notice. Accordingly, we dismiss the appeal for want of prosecution. Tex. R. App. P. 42.3(b), (c).

_____

Jan P. Patterson, Justice

Before Chief Justice Law, Justices Patterson and Pemberton

Dismissed for Want of Prosecution

Filed:   June 9, 2006